IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TINA JACQUELYN CARSON,**        )<br>    **Plaintiff,**                                )<br>                                                     )<br>**v.**                                                )    CIVIL ACTION NO. 1:22-00221-JB-N<br>                                                     )<br>**EEOC,**                                         )<br>    **Defendant.**                           ) | |

### ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a), and dated January 24, 2023 (Doc. 6), is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this civil action is **DISMISSED without prejudice** *sua sponte* under Federal Rule of Civil Procedure 4(m) for failure to timely serve the Defendant. Judgment consistent with this order shall be entered by separate document under Federal Rule of Civil Procedure 58.

**DONE and ORDERED** this 23rd day of February, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE